**PORTER | SCOTT**
A PROFESSIONAL CORPORATION
Martin N. Jensen, SBN 232231
Cruz Rocha, SBN 279293
350 University Avenue, Suite 200
Sacramento, California 95825
TEL: 916.929.1481
FAX: 916.927.3706

Attorneys for Defendants
COUNTY OF SACRAMENTO and BRIAN WASHKO

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH MOHAMED, SR. and SHIRLEY MOHAMED AS TRUSTEES OF THE JOSEPH MOHAMED SR. AND SHIRLEY MOHAMED CHARITABLE REMAINDER UNITRUST II, <br><br>Plaintiffs, <br><br>v. <br><br>COUNTY OF SACRAMENTO, a Public Agency; and BRIAN WASHKO, individually and as Chief Building Official for the County of Sacramento; and DOES 1 through 100, inclusive, <br><br>Defendants. | CASE NO. 2:16-cv-01327 JAM EFB <br><br>**STIPULATION AND ORDER TO STAY ACTION PENDING RESOLUTION OF APPEAL IN STATE COURT** <br><br>Complaint Filed: June 15, 2016 |

Plaintiffs JOSEPH MOHAMED, SR. and SHIRLEY MOHAMED AS TRUSTEES OF THE JOSEPH MOHAMED SR. AND SHIRLEY MOHAMED CHARITABLE REMAINDER UNITRUST II (hereinafter, "Plaintiffs"), and Defendants COUNTY OF SACRAMENTO and BRIAN WASHKO (hereinafter, "Defendants") [cumulatively, the "Parties"], by and through their counsel of record, stipulate as follows:

1. On May 14, 2015, Plaintiffs filed a Petition for Writ of Mandate in the County of Sacramento Superior Court of the State of California, Case No. 34-2015-80002090, challenging the decision of the Sacramento County Building Board of Appeals to uphold the County of Sacramento's revocation of Plaintiffs' Ag Exempt building permits related to construction of the Alhambra Farms Equestrian Center.

2. On April 28, 2016, the Superior Court issued a Judgment on Plaintiff's Petition for Writ of Mandate, which denied in part and granted in part Plaintiffs' petition.

3. On May 20, 2016, Plaintiffs' filed a Notice of Appeal of the Superior Court Judgment, Case No. 34-2015-80002090. Plaintiffs appealed the following: "(1) The Judgment filed on April 29, 2016…; (2) All intermediate, interlocutory and post-writ hearing orders in the above-captioned action, that relate to the April 29, 2016, Judgment in this action."

4. Plaintiffs' appeal of the Judgment (Case No. 34-2015-80002090) is being heard in the Third Appellate District Court of Appeal for the State of California, Case No. C082179. All briefing is complete, and the Parties await disposition.

5. On June 15, 2016, Plaintiffs filed their Complaint for Damages for Violation of Civil Rights, 42 U.S.C. § 1983, Case No. 2:16-cv-01327-JAM-EFB, related to the County of Sacramento's revocation of Plaintiffs' Ag Exempt building permits related to construction of the Alhambra Farms Equestrian Center.

6. Since filing of the Complaint for Damages, Case No. 2:16-cv-01327-JAM-EFB, Defendants have moved to dismiss and/or strike portions of Plaintiffs' Complaint for Damages twice. By order of the Court, Plaintiffs' Second Amended Answer is currently due March 20, 2017.

7. The Parties agree that the final disposition of Plaintiffs' appeal of the Judgment, which is being heard in the Third Appellate District Court of Appeal for the State of California, Case No. C082179, is potentially dispositive of law and facts at issue in Plaintiffs' Complaint for Damages for Violation of Civil Rights, 42 U.S.C. § 1983, Case No. 2:16-cv-01327-JAM-EFB.

/ / /

8. In order to prevent inconsistent results between jurisdictions, duplication of efforts between the Parties, potentially unnecessary law and motion, and conserve judicial resources, the Parties stipulate to stay the present action pending resolution of the appeal in State court.

IT IS SO STIPULATED THROUGH COUNSEL OF RECORD.

Dated: March 14, 2017                           CASSINAT LAW CORPORATION


By      /s/ John E. Cassinat
        John E. Cassinat
        Ronald L. Carello
        Attorneys for Plaintiffs
        Joseph Mohamed, Sr., and Shirley Mohamed
        As Trustees of the Joseph Mohamed Sr. and
        Shirley Mohamed Charitable Remainder
        Unitrust II

Dated: March 14, 2017                           PORTER SCOTT
                                                A PROFESSIONAL CORPORATION


By      /s/ Cruz Rocha
        Martin N. Jensen
        Cruz Rocha
        Attorneys for Defendants
        County of Sacramento and Brian Washko

## **ORDER**

Good cause appearing, this matter is stayed pending resolution of the appeal action (Case No. C082179) in the Third Appellate District Court of Appeal for the State of California.

**The parties shall file a joint status report no later than ten days following a decision by the Court of appeal.**

**IT IS SO ORDERED.**

Dated:  3/15/2017                               /s/ John A. Mendez
                                                United States District Court Judge

{01656133.DOCX}                                 3
STIPULATION AND ORDER TO STAY ACTION PENDING RESOLUTION OF APPEAL IN STATE COURT