**PORTER | SCOTT**
A PROFESSIONAL CORPORATION
Martin N. Jensen, SBN 232231
Cruz Rocha, SBN 279293
350 University Avenue, Suite 200
Sacramento, California 95825
TEL: 916.929.1481
FAX: 916.927.3706

Attorneys for Defendants
COUNTY OF SACRAMENTO and BRIAN WASHKO

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH MOHAMED, SR. and SHIRLEY MOHAMED AS TRUSTEES OF THE JOSEPH MOHAMED SR. AND SHIRLEY MOHAMED CHARITABLE REMAINDER UNITRUST II,<br><br>Plaintiffs,<br><br>v.<br><br>COUNTY OF SACRAMENTO, a Public Agency; and BRIAN WASHKO, individually and as Chief Building Official for the County of Sacramento; and DOES 1 through 100, inclusive,<br><br>Defendants.<br>_____/ | CASE NO. 2:16-cv-01327 JAM EFB<br><br>**STIPULATION FOR DISMISSAL OF ENTIRE ACTION AND ORDER THEREON** |

Plaintiffs JOSEPH MOHAMED, SR. and SHIRLEY MOHAMED AS TRUSTEES OF THE JOSEPH MOHAMED SR. AND SHIRLEY MOHAMED CHARITABLE REMAINDER UNITRUST II and Defendants COUNTY OF SACRAMENTO and BRIAN WASHKO by and through their respective counsel of record, stipulate that this action, in its entirety, be dismissed with prejudice, with each side to bear their own attorney's fees and costs, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure. The waiver of fees and costs by way of this

stipulation are limited to fees and costs incurred in this action only. All fees and costs associated with any state court or local government action are expressly excluded from this stipulation for dismissal, and preserved.

**IT IS SO STIPULATED.**

DATED: February 14, 2018         CASSINAT LAW CORPORATION

By:    /s/
        John E. Cassinat
        Attorneys for Plaintiffs
        JOSEPH MOHAMED, SR. and SHIRLEY MOHAMED AS TRUSTEES OF THE JOSEPH MOHAMED SR. AND SHIRLEY MOHAMED CHARITABLE REMAINDER UNITRUST II

DATED: February 15, 2018         PORTER SCOTT
A PROFESSIONAL CORPORATION

By:    /s/
        Martin N. Jensen
        Attorneys for Defendants
        COUNTY OF SACRAMENTO AND BRIAN WASHKO

**IT IS SO ORDERED.**

Date: 2/20/2018         /s/ John A. Mendez
                              U.S. DISTRICT COURT JUDGE

PORTER | SCOTT
350 University Avenue, Suite 200
Sacramento, CA 95825
TEL: 916.929.1481
FAX: 916.927.3706